# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2013

## NO. 03-11-00543-CV

**Texas Board of Nursing, Appellant**

**v.**

**Amy Bagley Krenek, RN, Appellee**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED AS MOOT -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** having this day come on to be considered, and it appearing to the Court that nothing is presented for review and the appeal should therefore be dismissed: **IT IS ACCORDINGLY** considered, adjudged and ordered that the judgment of the district court be vacated and the appeal dismissed as moot in accordance with the opinion of this Court. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.